IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| WILLIAM LAURENCE STANLEY (1) | 3-16CR-525-D |

The Grand Jury Charges:

## INDICTMENT

### Count One
Retaliation
(Violations of 18 U.S.C. § 1513(e))

From at least on or about September 6, 2016, and continuing through on or about September 28, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **William Laurence Stanley** knowingly and with the intent to retaliate, took an action harmful to a person that interfered with the lawful employment and livelihood of a person, for providing to a law enforcement officer truthful information relating to the commission of a Federal offense, in that **Stanley** posted false and derogatory comments and reviews online about the victim company and the representatives of the victim company from the Northern District of Texas case *United States v. William Laurence Stanley*, cause number 3-14-CR-00113-N.

**Indictment - Page 1**

In violation of 18 U.S.C. § 1513(e).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CANDINA S. HEATH
Assistant United States Attorney
Northern District of Texas
Texas State Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas   75242
Telephone:   214-659-8600
Facsimile:   214-659-8805
candina.heath@usdoj.gov

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

WILLIAM LAURENCE STANLEY

INDICTMENT

18 USC § 1513 (e)
Retaliation

1 Count

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this 6th day of December, 2016.

---

**Defendant in Federal Custody since 11/04/2016 at FCI Seagoville.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:16-CR-840-BH